IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIEN HO | : | |
| | : | |
| | : | |
| Petitioner, | : | 3:26-cv-1854 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| JESSICA SAGE, Warden of FCI Lewisburg, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

**AND NOW, THIS** 2ND **DAY OF SEPTEMBER 2026**, upon consideration of Petitioner Tien Ho's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 6), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondent **SHALL RELEASE** Petitioner Tien Ho from the custody of Warden Sage **within 48 hours of the date of this Order.**
3. Respondent is **DIRECTED** to **RESTORE** the conditions of Tien Ho's prior Order of Supervision.
4. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746, **no later than Tuesday,**

**September 8, 2026, at 5:00 P.M.,** confirming that Tien Ho has been released from custody and that the conditions of his prior Order of Supervision have been restored.

5. Petitioner's Motion for Case Status Update (Doc. 8) is **DISMISSED AS MOOT.**

Robert D. Mariani
United States District Judge